IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA FLETCHER, *et al.*,

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL INC.,

    Defendant.

Case No. 3:16cv302

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PLAINTIFFS' REQUEST FOR A BILL OF COSTS IN AMOUNT REQUESTED; SAID FUNDS TO BE PLACED INTO ESCROW WITH THE UNITED STATES DISTRICT COURT CLERK OF COURTS IN DAYTON, OHIO, PENDING RESOLUTION OF THE DEFENDANT'S APPEAL ON THE MERITS OF THIS COURT'S DECISION RENDERED FEBRUARY 28, 2017

---

Plaintiffs seek taxable costs in the amount of $11,458.88, consisting of the filing fee for the Complaint, the Summons service fee, court reporter fees and transcript costs (Doc. #60).

Said request for a Bill of Costs in the amount aforesaid is deemed by this Court to be well taken and same is granted. The amount of $11,458.88 is to be paid by the Defendant into escrow, with the Clerk of Courts of the United States District Court for the Southern District of Ohio, at Dayton serving as the escrow agent, pending resolution of the Defendant's appeal on the merits of this Court's Decision rendered February 28, 2017. Said amount must be paid into escrow no later than twenty-one days from date of this Court's entry herein.

May 4, 2017

                                       WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record