IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA FLETCHER, et al.,

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL, INC.,

    Defendant.

Case No. 3:16-cv-302

JUDGE WALTER H. RICE

---

ORDER VACATING FEBRUARY 28, 2017, JUDGMENT (DOC. #59); SUSTAINING DEFENDANT HONEYWELL INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR RETURN OF COSTS PAID INTO ESCROW (DOC. #74); JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFFS; CASE TO REMAIN TERMINATED ON COURT'S DOCKET

---

The Court previously entered Judgment in favor of Plaintiffs and against Defendants. Doc. #59. On June 8, 2018, that decision was reversed by the Sixth Circuit Court of Appeals. On November 13, 2018, the Supreme Court of the United States denied a petition for a writ of certiorari. The Sixth Circuit issued its mandate on November 14, 2018.

Accordingly, the Court VACATES the Judgment that was entered on February 28, 2017, Doc. #59, in Plaintiffs' favor. Judgment shall instead be entered in favor of Defendant and against Plaintiffs.

The Court SUSTAINS Defendant Honeywell International, Inc.'s Unopposed Motion for Return of Costs Paid into Escrow, Doc. #74, and DIRECTS the Clerk of

Court to pay to Defendant the funds held in the amount of $11,458.88 either by regular U.S. mail to Laura Orella, Honeywell International, Inc., 115 Tabor Road, Morris Plains, NJ 07950, or by delivering to counsel for Honeywell, Mr. Donald Burton, at the location of the Clerk's office in Dayton.

The captioned case shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: November 19, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE